**Kevin GOWENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 78024.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 27, 2001.

**In the Interest of A.S. and
N.J.S., Minors.**

**L.M., Appellant,**

v.

**Barton County Juvenile
Office, Respondent.**

**No. 23563.**

Missouri Court of Appeals,
Southern District,
Division Two.

Feb. 28, 2001.

Douglas R. Hoff, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Stephanie Morrell, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, Sr., P.J., CRAHAN, J., and DRAPER, J.

*ORDER*

PER CURIAM.

Kevin Gowens (Movant) appeals the judgment denying, without a hearing, his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An ex-